UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-10639-GW-MARx | Date | August 26, 2024 |
|---|---|---|---|
| Title | *Kayla Jiminez v. Lowe's Home Centers LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement [16] was filed on August 23, 2024. The Court vacates all currently set dates, and sets an order to show re: settlement hearing for September 30, 2024 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on September 26, 2024.

| | : |
|---|---|
| Initials of Preparer | JG |